UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/10/20
```

United States,

—v—

Jaquan Walters.

                    Defendant.

15-cr-644 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court has received three *pro se* letters from the Defendant in this matter requesting appointment of counsel for purposes of both a motion for compassionate release and a petition for a writ of habeas corpus.  The Court hereby APPOINTS Mr. Walters counsel for these purposes.

    The Clerk of Court is respectfully directed to mail this Order to the Defendant.

    SO ORDERED.

Dated: September 10, 2020
         New York, New York

_____
        ALISON J. NATHAN
     United States District Judge