UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/29/2020
```

United States,

—v—

Jaquan Walters.

Defendant.

15-cr-644 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court has received the attached letter from Mr. Walters.  The Court instructs Mr. Walters that all communications with the Court should be through his newly appointed counsel. Any request made in the letter can be re-raised, if appropriate, by appointed counsel.

The Clerk of Court is respectfully directed to mail this Order to the Defendant.

SO ORDERED.

Dated: September 29, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

United States District Court
Southern District of New York

| | |
|---|---|
| Jaquan Walters, <br>     Petitioner, <br>   -v.- <br> United States of America, <br>     Respondent. | 15.Cr.644 |

## MOTION FOR TRIAL TRANSCRIPTS PURSUANT TO TITLE 28 U.S.C. 753 (F) IN SUPPORT OF PETITIONER'S MOTION PURSUANT TO TITLE 28 U.S.C. 2255

COMES NOW The Petitioner, Jaquan Walters acting Pro-se., respectfully moves that this court release the trial transcripts pursuant to Title 28 U.S.C. 753(f), in support of the petitioner's motion pursuant to Title 28 U.S.C. 2255. See Chapman v. United States, 55 F.3d 390-91 (8th Cir. 1995). The petitioner unable to obtain the trial transcripts do to his indigency. It would be in the interest of justice that this court grant petitioner motion in order for the petitioner cite the trial transcripts.

Respectfully submitted,
/s/ Walters
JAQUAN J. WALTERS
#72827-054
FCI Gilmer
P.O. BOX 6000
Glenville, WV 26351