

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/23/20

December 21, 2020

<u>Via ECF</u>
The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Courtroom 906
New York, New York 10007

    Re:    *United States v. Jaquan Walters*, 15 Cr. 644 (AJN)

Dear Judge Nathan:

    Earlier today, the defendant filed a motion seeking his immediate release from prison in light of the COVID-19 pandemic and the conditions of the correctional institution where he is incarcerated. The Government respectfully requests two weeks to respond to the defendant's motion, which will permit the undersigned to consult with the victim's family about the defendant's request and obtain information from Bureau of Prison officials concerning the defendant's prison record, medical conditions, and conditions of incarceration. Accordingly, the Government respectfully requests until January 5, 2021 to respond to the defendant's motion.

    Defense counsel takes no position on this request.        **SO ORDERED.**

        Respectfully submitted,

        AUDREY STRAUSS
        Acting United States Attorney for the
        Southern District of New York

    By:  /s/ Matthew Laroche
        Matthew Laroche
        Assistant United States Attorney
        (212) 637-2420

    cc:    Defense Counsel (Via ECF)

SO ORDERED.
*[signature: Alison J. Nathan]*  12/23/20
ALISON J. NATHAN, U.S.D.J.