# CRAVATH, SWAINE & MOORE LLP

| | | | |
|---|---|---|---|
| JOHN W. WHITE | ANTONY L. RYAN | STEPHEN M. KESSING | MICHAEL P. ADDIS |
| EVAN R. CHESLER | GEORGE E. ZOBITZ | LAUREN A. MOSKOWITZ | JUSTIN C. CLARKE |
| STEPHEN L. GORDON | GEORGE A. STEPHANAKIS | DAVID J. PERKINS | SHARONMOYEE GOSWAMI |
| ROBERT H. BARON | DARIN P. MCATEE | JOHNNY G. SKUMPIJA | C. DANIEL HAAREN |
| DAVID MERCADO | GARY A. BORNSTEIN | J. LEONARD TETI, II | EVAN MEHRAN NORRIS |
| CHRISTINE A. VARNEY | TIMOTHY G. CAMERON | D. SCOTT BENNETT | LAUREN M. ROSENBERG |
| PETER T. BARBUR | KARIN A. DEMASI | TING S. CHEN | MICHAEL L. ARNOLD |
| MICHAEL S. GOLDMAN | DAVID S. FINKELSTEIN | CHRISTOPHER K. FARGO | HEATHER A. BENJAMIN |
| RICHARD HALL | RACHEL G. SKAISTIS | KENNETH C. HALCOM | MATTHEW J. BOBBY |
| JULIE A. NORTH | PAUL H. ZUMBRO | DAVID M. STUART | DANIEL J. CERQUEIRA |
| ANDREW W. NEEDHAM | ERIC W. HILFERS | AARON M. GRUBER | ALEXANDRA C. DENNING |
| STEPHEN L. BURNS | GEORGE F. SCHOEN | O. KEITH HALLAM, III | HELAM GEBREMARIAM |
| KATHERINE B. FORREST | ERIK R. TAVZEL | OMID H. NASAB | MATTHEW G. JONES |
| KEITH R. HUMMEL | CRAIG F. ARCELLA | DAMARIS HERNÁNDEZ | MATTHEW M. KELLY |
| DAVID J. KAPPOS | DAMIEN R. ZOUBEK | JONATHAN J. KATZ | DAVID H. KORN |
| DANIEL SLIFKIN | LAUREN ANGELILLI | RORY A. LERARIS | BRITTANY L. SUKIENNIK |
| ROBERT I. TOWNSEND, III | TATIANA LAPUSHCHIK | KARA L. MUNGOVAN | ANDREW M. WARK |
| PHILIP J. BOECKMAN | ALYSSA K. CAPLES | MARGARET T. SEGALL | |
| WILLIAM V. FOGG | JENNIFER S. CONWAY | NICHOLAS A. DORSEY | |
| FAIZA J. SAEED | MINH VAN NGO | ANDREW C. ELKEN | PARTNER EMERITUS |
| RICHARD J. STARK | KEVIN J. ORSINI | JENNY HOCHENBERG | SAMUEL C. BUTLER |
| THOMAS E. DUNN | MATTHEW MORREALE | VANESSA A. LAVELY | |
| MARK I. GREENE | JOHN D. BURETTA | G.J. LIGELIS JR. | |
| DAVID R. MARRIOTT | J. WESLEY EARNHARDT | MICHAEL E. MARIANI | OF COUNSEL |
| MICHAEL A. PASKIN | YONATAN EVEN | LAUREN R. KENNEDY | MICHAEL L. SCHLER |
| ANDREW J. PITTS | BENJAMIN GRUENSTEIN | SASHA ROSENTHAL-LARREA | CHRISTOPHER J. KELLY |
| MICHAEL T. REYNOLDS | JOSEPH D. ZAVAGLIA | ALLISON M. WEIN | |

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44-20-7453-1000
FACSIMILE: +44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER
+1-212-474-1080

WRITER'S EMAIL ADDRESS
bgruenstein@cravath.com

January 6, 2021

<u>United States v. Jaquan Walters</u>, 15-cr-00644-AJN

Dear Judge Nathan:

We represent Defendant Jaquan Walters in the above-referenced action. We respectfully request until January 11, 2021 to reply to the Government's opposition to Defendant's Emergency Motion to Reduce Sentence Pursuant to the Compassionate Release Statute, filed on January 5, 2021. The Government does not object to this request.

**SO ORDERED.**

*/s/ Alison J. Nathan*
1/6/2021

Respectfully submitted,

/s/ Benjamin Gruenstein
Benjamin Gruenstein

CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Phone: (212) 474-1000
Fax: (212) 474-3700
bgruenstein@cravath.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/7/2021

Honorable Alison J. Nathan
  United States District Court for the Southern District of New York
    United States Courthouse
      40 Foley Square, Courtroom 906
        New York, NY 10007

VIA ECF

Copy to:

All counsel of record

VIA ECF