```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/18/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Jaquan Walters,

                 Defendant.

15-cr-644 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court, having concluded that the motion brought under 28 U.S.C. § 2255, Dkt. No. 116, should not be summarily dismissed as being without merit, hereby ORDERS that:

    The Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

    Within sixty days of the date of this order, the U.S. Attorney's Office shall file answer or other pleadings in response to the motion. Movant shall have thirty days from the date on which Movant is served with Respondent's answer to file a response. Absent further order, the motion will be considered fully submitted as of that date.

    SO ORDERED.

Dated: August 18, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge