UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

-against-                                  15 Crim. 644 (LGS)

JAQUAN WALTERS,                            <u>ORDER</u>

                                   Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, Defendant filed an application seeking to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).  The Government filed its Opposition on October 10, 2025.  The Opposition does not indicate whether the Government served a copy on incarcerated pro se Defendant, nor has the Government filed a separate proof of service.

      WHEREAS, Defendant stated in a letter dated October 16, 2025, that he had not received the Government's Opposition.  It is hereby

      **ORDERED** that, if the Government has not served a copy of the Opposition on Defendant, the Government shall do so as soon as possible and no later than **October 27, 2025**.  It is further

      **ORDERED** that, by **October 27, 2025**, the Government shall file proof of service of its Opposition, indicating the date on which Defendant was served.  It is further

      **ORDERED** that Defendant's deadline to file a reply, if any, is extended from October 31, 2025, to **November 17, 2025**.

      The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant.

Dated: October 24, 2025
       New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**