UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                           :

  UNITED STATES OF AMERICA,         :

                                         :        15 Crim. 644 (LGS)

                                       :

               -against-         :

                                       :        **ORDER**

  JAQUAN WALTERS,              :

                            Defendant.  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on December 4, 2025, Defendant filed a pro se motion for compassionate

release under 18 U.S.C. S 3582(C)(1)(A)(i).  It is hereby

      **ORDERED** that the Government shall file any opposition by **January 9, 2026**.  It is

further

      **ORDERED** that Defendant shall file any reply by **January 30, 2026**.

      The Clerk of Court is respectfully direct to mail a copy of this Order to pro se Defendant.

Dated: December 8, 2025
       New York, New York

                                  **LORNA G. SCHOFIELD**
                           **UNITED STATES DISTRICT JUDGE**