UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                    :
UNITED STATES OF AMERICA,                           :
                                                    :        15 Crim. 644 (LGS)
                        -against-                    :
                                                    :        ORDER
JAQUAN WALTERS,                                     :
                                    Defendant.      :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order entered December 9, 2025, directed the Government to file any

opposition to Defendant's Motion to Reduce Sentence by January 9, 2026.

WHEREAS, the Government failed to file any opposition.  It is hereby

**ORDERED** that, as soon as possible and no later than **January 16, 2026,** the

Government shall file either (1) a memorandum in opposition to Defendant's motion, or (2) a

letter stating that the Government intends to rest on the memorandum dated October 10, 2025,

which opposed Defendant's previously filed motion; or, in the alternative, that the Government

does not oppose Defendant's motion.  The Government shall file proof of service on Defendant

contemporaneously therewith.  It is further

**ORDERED** that Defendant's deadline to file a reply in support of the Motion to Reduce

Sentence is extended to **February 6, 2026.**

The Clerk of Court is respectfully directed to mail a copy of this Order to pro se

Defendant.

Dated: January 12, 2026
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE