UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
                                :

UNITED STATES OF AMERICA,         :

                                :        15 Crim. 644 (LGS)

          -against-         :

                                :          ORDER

JAQUAN WALTERS,              :

                       Defendant.   :
---------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Government has failed to comply with two Court-ordered deadlines to file a response to Defendant's Motion to Reduce Sentence.

WHEREAS, in an Order dated December 9, 2025, the Government was ordered to file any opposition to Defendant's motion by January 9, 2026. The Government failed to do so.

WHEREAS, in an Order dated January 12, 2026, the Government was ordered to file either (1) a memorandum in opposition, or (2) a letter stating that the Government rests on a memorandum in opposition previously filed on October 10, 2025; or in the alternative, that the Government does not oppose Defendant's motion. The Government again failed to do so.

WHEREAS, Court staff have attempted to contact the Assistant United States Attorney who has appeared on behalf of the Government in this matter (the "AUSA") through the e-mail address and phone number listed on the docket sheet. Attempts to contact the AUSA have been unsuccessful. It is hereby

**ORDERED** that, as soon as possible and no later than **February 9, 2026**, the Government shall file a letter stating that the Government rests on the previously filed memorandum in opposition, or, in the alternative, file any supplement or replacement to the previously filed memorandum in opposition. If the Government fails to respond, a conference will be scheduled at which one of the chiefs of the AUSA's unit, believed to be the Violent & Organized Crimes Unit (believed to be supervised by Andrew Chan and Frank Balsamello), shall

appear with the AUSA.

The Clerk of Court is respectfully directed to mail a copy of this Order to pro se

Defendant and two copies to the United States Attorney's Office, Southern District of New York,

26 Federal Plaza, 37th Floor, New York, NY 10278 (one copy to the attention of Andrew Chan,

and the other copy to the attention of Frank Balsamello).

Dated: February 2, 2026
        New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

2